1

2                          UNITED STATES DISTRICT COURT
                                DISTRICT OF NEVADA
3

4  Gerald Jerome Polk,                         Case No. 2:24-cv-00634-CDS-MDC

5                      Petitioner         **Order Deferring Screening and Ordering
                                          Petitioner to File an Application for Leave
6        v.                               to Proceed in Forma Pauperis or Pay the
                                                        Filing Fee**
7  The State of Nevada, et al.,

8                      Respondents

9

10        Petitioner Gerald Jerome Polk has submitted a Petition for Writ of Habeas Corpus (ECF

11 No. 1-1), but he has not properly commenced this habeas action by either paying the standard

12 $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP"). Under

13 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to

14 initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to

15 begin a habeas action without paying the $5 fee if he or she submits an IFP application on the

16 approved form and includes three specific documents: (a) the prisoner's financial declaration and

17 acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed

18 by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account

19 statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Polk has

20 up to and including May 24, 2024, to either pay the $5 filing fee or submit a complete IFP

21 application with all required documentation.

22                                      **Conclusion**

23        It is therefore ordered that the initial screening of the Petition for Writ of Habeas Corpus

24 (ECF No. 1-1) is deferred to until such time as Polk has fully complied with this order.

25        It is further ordered that the Clerk of Court send Polk a blank form IFP application for

26 incarcerated litigants.

27

28

It is further ordered that on or before May 24, 2024, Polk must file an IFP application that includes: (1) a financial certificate signed by Polk and an authorized prison official, (b) a financial declaration and acknowledgement signed by Polk, and (c) a copy of Polk's inmate account statement for the six-month period prior to filing. Alternatively, Polk must pay the $5 filing fee on or before May 24, 2024.

It is further ordered that Polk's failure to comply with this order will result in the dismissal of this action without prejudice and without further advance notice.

Dated: April 3, 2024

_____
United States District Judge